**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                              :
STEVEN B. GOLDEN ASSOCIATES, INC.          :
d/b/a ARTSKILLS                                          :
                                                              :     CIVIL ACTION NO. 09-3890
                         Plaintiff                          :
        vs.                                                   :
                                                              :
ROYAL CONSUMER PRODUCTS, LLC,             :
                                                              :
                         Defendants                       :
_____:

**ORDER**

   **AND NOW**, this 10th day of September, 2009, upon consideration of Plaintiff's

Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 5) filed on

August 28, 2009;[1] upon consideration of Defendant's *Opposition* to Plaintiff's Motion for a

Temporary Restraining Order (Docket No. 20) filed September 8, 2009; upon consideration of the

declarations of the parties; after hearing held September 9, 2009; and for the reasons expressed in

the accompanying Memorandum,

   **IT IS ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is

**DENIED**.

                                             BY THE COURT:


                                             _/s/ Henry S. Perkin_____
                                             HENRY S. PERKIN,
                                             United States Magistrate Judge

---

[1]       On the same date that Plaintiff filed its motion, Plaintiff's Memorandum in Support of Its Motion
for a Temporary Restraining Order and a Preliminary Injunction was filed.

Case 5:09-cv-03890-HSP   Document 33   Filed 09/11/09   Page 2 of 2